UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH LEO WASHINGTON,

    Plaintiff,

v.

SHANE JACKSON,

    Defendant.

_____/

Case No. 1:22-cv-86

HON. JANE M. BECKERING

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant filed a Motion for Summary Judgment (ECF No. 48). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 50) on October 19, 2023, recommending that this Court grant Defendant's motion and this action be terminated. In addition, the Magistrate Judge recommended that an appeal of this matter by Plaintiff would not be in good faith. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 50) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 48) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: November 17, 2023 /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge